STATE OF NEW JERSEY v. STANLEY V. PINDYSKI.

September 18, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. CAMILLE E. FELTZ, JR.

September 18, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT FREEMAN.

September 18, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES P. MONROE.

September 18, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. HORACE MURPHY.

September 18, 1984.

Petition for certification denied.